IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN C. WILDS,

    Plaintiff,

v.                                            CASE NO. 1:10-cv-00131-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, which recommends that the decision of the Commissioner to deny Plaintiff's application for disability and supplemental security income benefits be affirmed. After a thorough review of the record, the Magistrate Judge concluded that "the findings of the Administrative Law Judge were based upon substantial evidence in the record and correctly followed the law." Doc. 16 at 25. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 16, is ADOPTED and incorporated herein.

    2..    The decision of the Commissioner, denying benefits, is AFFIRMED.

    **DONE AND ORDERED** this   9th   day of March, 2011



                                                   Maurice M. Paul, Senior District Judge